UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>PLAINTIFF<br><br>v.<br><br>CHERYL L. SMITH,<br><br>DEFENDANT, | CIVIL ACTION NO.:<br>2:25-cv-00192-SDN |

## STATUS REPORT

   Now comes the United States Department of Agriculture through its counsel and reports on the status of the above-captioned matter as follows:

1. The Plaintiff has sent the mediation fee to the appropriate Foreclosure Diversion Program Court and is awaiting information regarding the mediation session scheduling information.

Dated at Portland, Maine, this 30th day of June 2025.

                                                            Respectfully submitted,

                                                            /s/ *Kevin J. Crosman*

                                                            _____
                                                            Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff                                      (207) 775-7271
Jensen Baird                                                kcrosman@jensenbaird.com
P.O. Box 4510
Portland, ME  04112-4510

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 30, 2025, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

  The following parties were notified by First Class Mail, Postage Pre-Paid:

Cheryl Smith<br>
PO BOX 1311<br>
Westbrook, ME 04098

Dated at Portland, Maine, this 30th day of June 2025.

               /s/ *Kevin J. Crosman*
               _____
               Kevin J. Crosman, Bar No. 4279
               Attorney for Plaintiff