UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | No. 2:25-cv-00192-SDN |
| CHERYL L. SMITH, | ) ) ) | |
| Defendant | ) | |

FINAL PRETRIAL CONFERENCE
REPORT AND ORDER

On March 5, 2026, I conducted a final pretrial conference in this matter. Attorney Crossman appeared for the Plaintiff, and the Defendant appeared pro se. The following issues were addressed and will govern the trial of this case.

## I.  Case Description

In this case, the Plaintiff, United States Department of Agriculture seeks to foreclose on real property located in Buxton based on the Defendant Cheryl L. Smith's alleged default under the terms of a February 2007 promissory note secured by a mortgage on the property.

## II.  Trial Preparation

1. *Settlement Negotiations*.  The Defendant indicated she would not challenge foreclosure, so any final hearing will be on damages only.  The Plaintiff will contact the Defendant to discuss whether a stipulated judgment might enter to avoid the need for any hearing.  I encouraged the parties to reach out if judicial mediation would be helpful.

2. *Discovery*.  The parties indicated that there are no outstanding discovery issues that require the Court's involvement.

3. *Motions in Limine*.  This will be a bench trial, but to the extent any party intends to file a motion in limine, any such motion shall be filed by March 25, 2026, and any objections shall be filed by April 1, 2026.  No reply memoranda shall be permitted.

4. *Maximum Number of Trial Days*. The case will require no more than four hours for trial.

### III. Trial Schedule

5. *Trial Period*. The case will be tried during the period beginning April 6, 2026, and ending May 1, 2026.

6. *Trial Protection Periods*. The case will not be subject to trial on Mondays or Fridays during the trial period as the Defendant works on those days. The case will also not be subject to trial the week of April 20, 2026, as the Plaintiff's counsel is unavailable that week. Both sides indicated that they were available on April 8, 9, or 15, 2026, if any of those days work for the Court's schedule.

7. *Tentative Trial Start Date*. The trial is tentatively scheduled to begin on April 6, 2026, at 8:30 a.m. but is subject to beginning on another date during the trial period as the Court's schedule may require.

8. *Settlement Notice*. The parties shall inform the Clerk's Office whether the case is settled or firm for trial by April 1, 2026.

### IV. Trial Process

9. *Stipulations*. The parties shall file any agreed-to stipulations by April 1, 2026.

10. *Exhibits*. The parties shall exchange exhibits by March 25, 2026. The parties shall jointly prepare a consolidated list of all exhibits to be offered at trial, employing the form available on the Court's website (www.med.uscourts.gov/forms) by April 1, 2026.

11. *Witnesses*. Each party shall file its witness list by April 1, 2026. For each witness, the list shall indicate (1) the witness's name and address, (2) whether the witness is a fact witness or an expert witness, (3) a concise statement of the general subject matter of the witness's testimony, and (4) an estimate of the time required for the direct examination of the witness.

12. *Trial Brief*. Each party may file by April 1, 2026, a trial brief setting forth the significant factual and legal issues to be presented at trial and the party's position on each identified issue. Any trial brief shall not exceed ten pages in length.

13. <u>*Proposed Findings of Fact and Conclusions of Law*</u>.  The parties shall submit proposed findings of fact and conclusions of law as directed by the Court.

14. <u>*Trial Management Conference*</u>.  The parties may request an additional trial management conference by contacting the Clerk's Office.

**SO ORDERED**.

<u>*NOTICE*</u>

*In accordance with Federal Rule of Civil Procedure 72(a), a party may serve and file an objection to this order within fourteen (14) days after being served with a copy thereof.*

*Failure to file a timely objection shall constitute a waiver of the right to review by the District Court and to any further appeal of this order.*

Dated: March 5, 2026

<u>/s/ Karen Frink Wolf</u>
United States Magistrate Judge