**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

|  |  |
|---|---|
| **UNITED STATES DEPARTMENT OF AGRICULTURE**, <br><br>                    Plaintiff,<br><br>v.<br><br>**CHERYL L. SMITH**,<br><br>                    Defendant, | CASE NO.  2:25-cv-00192-SDN |

**PLAINTIFFS' MOTION FOR ZOOM**
**ATTENDANCE FOR WITNESSES AT HEARING**

NOW COMES the Plaintiff United States Department of Agriculture (the "Plaintiff"), by and through its undersigned counsel, and moves the Court for the entry of an Order permitting its witness to appear at the Bench Trial Hearing remotely via Zoom.  In support of this motion, Plaintiffs states as follows:

1.      The Plaintiff filed its Complaint in this action on April 29, 2025 [ECF No. 1].

2.      Cheryl L. Smith (the "Defendant") was served with a Summons and Complaint on May 6, 2025, in compliance with Fed. R. Civ. P. 4(c). [ECF No. 8].

3.      The Defendant did file a response, and the matter was subsequently referred to the Foreclosure Diversion Program. However, the case could not be mediated because the Defendant failed to appear for the scheduled mediation session, and, as a result thereof, the Clerk entered a Scheduling Order on August 15, 2025. [ECF No. 12].

4.      The Court has scheduled a Bench Trial Hearing for June 11, 2026 at 1:00PM. [ECF No. 29].

5.      The Plaintiff respectfully requests that the Court permit its witness to appear at the Bench Trial hearing remotely via Zoom.

7.      The USDA Witness is an executive employed by Plaintiff United States Department of Agriculture ("USDA").

8.      By nature of his/her position and responsibilities, the USDA Witness is extremely busy and personal attendance at the hearing would necessitate travel to and from Portland, Maine.

9.      In light of the time and expense of traveling to Portland, Maine from out of state, and the nature of the Witness' position with the Plaintiff, the Plaintiff respectfully submits that the interests of time, expense, and efficiency would be served by allowing the USDA Witness to testify at the hearing via Zoom, and that allowing such remote participation is proportionate to the nature and duration of the hearing in question.

WHEREFORE, the Plaintiff respectfully requests that its Motion be granted and that the USDA Witness be permitted to testify at the hearing remotely via Zoom.

Dated: May 6, 2026.

Respectfully submitted,
/s/ Kevin J. Crosman
Kevin J. Crosman, Esquire
Attorney for Plaintiff
United States Department of Agriculture

Jensen Baird Gardner & Henry
P.O. Box 4510
Portland, ME  04112
(207) 775-7271
kcrosman@jensenbaird.com

## CERTIFICATE OF SERVICE

2

I hereby certify that on May 6, 2026, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:

Cheryl L. Smith
P O Box 1311
Westbrook, ME 04098

Dated at Portland, Maine, this May 6, 2026..

/s/ *Kevin J. Crosman*

_____
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff